| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jason Paul Verhine** | Social Security number or ITIN | xxx–xx–2012 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Bonnie Jean Verhine** | Social Security number or ITIN | xxx–xx–2141 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Georgia**<br>Court website: www.ganb.uscourts.gov | | Date case filed for chapter  **13   10/10/18** | |
| Case number:   **18–42403–pwb** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                           12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason Paul Verhine | Bonnie Jean Verhine |
| 2. | **All other names used in the last 8 years** | | aka Bonnie Jean Artmont |
| 3. | **Address** | 14 Euharlee Street<br>Taylorsville, GA 30178 | 14 Euharlee Street<br>Taylorsville, GA 30178 |
| 4. | **Debtor's attorney**<br><br>Name and address | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III – Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339 | Contact phone (404) 800–4001<br><br>Email: se@myatllaw.com |
| 5. | **Bankruptcy trustee**<br><br>Name and address | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303–1740 | Contact phone 404–525–1110<br>www.atlch13tt.com |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas<br>Clerk of Court<br><br>Room 339, Federal Building<br>600 East First Street<br>Rome, GA 30161–3187 | Office Hours: 8:00 a.m. – 4:00 p.m.<br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 706–378–4000 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.<br>Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **December 3, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT.<br><br>TO OTHER PARTIES: Objections to confirmation must be filed and served in accordance with FRBP 3015 at least seven days before the date set for the confirmation hearing. | **Location:**<br>**Room 111, Federal Building, 600 East First Street, Rome, GA 30161** |
| **8. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/1/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/19/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/8/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>**To file a claim electronically,** visit www.ganb.uscourts.gov and access the ePOC tab.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the plan or schedules filed by the debtor.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of Plan, Hearing on Confirmation of Plan, Allowance and Approval of Debtor's Counsel Attorneys Fees** | Debtor's counsel is responsible for mailing the plan if not filed contemporaneously with the petition.<br>The hearing on confirmation will be held:   Date: **1/9/19** ,      Time: **09:30 AM** ,      Location: **Room 342, Federal Building, 600 East First Street, Rome, GA 30161** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

```
                               United States Bankruptcy Court
                               Northern District of Georgia
In re:                                                                                   Case No. 18-42403-pwb
Jason Paul Verhine                                                                       Chapter 13
Bonnie Jean Verhine
        Debtors                       CERTIFICATE OF NOTICE
District/off: 113E-6           User: jacksong                Page 1 of 2                 Date Rcvd: Oct 11, 2018
                               Form ID: 309i                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db/jtdb        +Jason Paul Verhine,    Bonnie Jean Verhine,    14 Euharlee Street,    Taylorsville, GA 30178-1715
21878512        American Coradius Int'l LLC,    2420 Sweet Home Road,    Suite 150,    Amherst, NY 14228-2244
21878513       +Commonwealth Financial,    245 Main St,   Dickson City, PA 18519-1641
21878516       +Dennis Rhodes,    14 Euharlee Street,   Taylorsville, GA 30178-1715
21878519       +Graceland Portable Buildings,    6807 U.S. 62,    Cunningham, KY 42023-8664
21878527       +Ncb Management Service,    1 Allied Dr,   Trevose, PA 19053-6945
21878528      #+Penn Credit Corporatio,    916 S 14th St,   Harrisburg, PA 17104-3425
21878529        Pfs,   C/o Security Finance,    Spartanburg, SC 29304
21878530       +Pinnacle Financial G,    2101 Gaither Rd Ste 330,    Rockville, MD 20850-4074
21878531       +Pinnacle Llc/resurgent,    Po Box 10497,   Greenville, SC 29603-0497
21878533       +Recovery One Llc,    3240 Henderson Rd,   Columbus, OH 43220-2300
21878538       +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: se@myatllaw.com Oct 11 2018 21:44:36      Howard P. Slomka,
                 Slipakoff & Slomka, PC,    Overlook III - Suite 1700,   2859 Paces Ferry Rd, SE,
                 Atlanta, GA  30339
tr             +E-mail/Text: ebn@atlch13tt.com Oct 11 2018 21:48:24      Mary Ida Townson,   Chapter 13 Trustee,
                 Suite 2200,   191 Peachtree Street, NE,   Atlanta, GA 30303-1770
cr             +EDI: RMSC.COM Oct 12 2018 01:04:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
21878514       +EDI: CONVERGENT.COM Oct 12 2018 01:03:00      Convergent Outsourcing,    800 Sw 39th St,
                 Renton, WA 98057-4975
21878515       +EDI: CMIGROUP.COM Oct 12 2018 01:03:00      Credit Management Lp,    4200 International Pkwy,
                 Carrollton, TX 75007-1912
21878517       +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 11 2018 21:47:53      Esb/harley Davidson Cr,
                 Po Box 21829,   Carson City, NV 89721-1829
21878518        EDI: GADEPTOFREV.COM Oct 12 2018 01:03:00      Georgia Department of Revenue,
                 1800 Century Blvd,   Suite 17200,   Atlanta, GA 30345
21878520       +E-mail/Text: jpitts@HarbinClinic.com Oct 11 2018 21:46:15      Harbin Clinic,   PO Box 848290,
                 Boston, MA 02284-8290
21878521       +EDI: IIC9.COM Oct 12 2018 01:05:00      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
21878522        EDI: IRS.COM Oct 12 2018 01:04:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
21878523        EDI: JEFFERSONCAP.COM Oct 12 2018 01:03:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
21878524       +EDI: CBSKOHLS.COM Oct 12 2018 01:04:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
21878525       +EDI: MID8.COM Oct 12 2018 01:04:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
21878526       +E-mail/Text: helen.ledford@nrsagency.com Oct 11 2018 21:48:36      Nationwide Recovery Sv,
                 Po Box 8005,   Cleveland, TN 37320-8005
21880752       +EDI: PRA.COM Oct 12 2018 01:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
21878532       +EDI: PRA.COM Oct 12 2018 01:03:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
21878534       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 11 2018 21:53:00      Regional Acceptance,
                 2300 Pleasant Hill Rd,    Duluth, GA 30096-1703
21878535       +E-mail/Text: bankruptcy@rentacenter.com Oct 11 2018 21:48:28      Rent a Center,
                 423 East Main Street,    Cartersville, GA 30121-3349
21878537        EDI: BLUECHIP.COM Oct 12 2018 01:03:00      Spot Loan,   PO Box 720,    Belcourt, ND 58316
21878536       +EDI: DRIV.COM Oct 12 2018 01:03:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
21881869        E-mail/Text: usagan.bk@usdoj.gov Oct 11 2018 21:46:33      United States Attorney,
                 Northern District of Georgia,    75 Ted Turner Drive SW, Suite 600,    Atlanta GA 30303-3309
21878539        E-mail/Text: legal_bankruptcy@badcock.com Oct 11 2018 21:44:41      W.S. Badcock Corporation,
                 PO Box 232,   Mulberry, FL 33860
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 113E-6          User: jacksong              Page 2 of 2                  Date Rcvd: Oct 11, 2018
                              Form ID: 309i               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              Howard P. Slomka    on behalf of Debtor Jason Paul Verhine se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74
               878@notify.bestcase.com
              Howard P. Slomka    on behalf of Joint Debtor Bonnie Jean Verhine se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74
               878@notify.bestcase.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
                                                                                            TOTAL: 3
```